**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| TRULY BENTON and SHEVONE LEWIS, individually and on behalf of all persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CVS HEALTH CORPORATION,<br><br>Defendant. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: C.A. No. 23-394-CFC |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant CVS Health Corporation hereby certifies that it is a publicly held corporation. No public company owns 10% or more of the stock of CVS Health Corporation.

|   |   |
|---|---|
| | **MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** |
| Dated: June 13, 2023 | */s/ David P. Primack*<br>David P. Primack (No. 4449)<br>300 Delaware Avenue, Suite 1014<br>Wilmington, DE 19801<br>Telephone: (302) 300-4515<br>Facsimile: (302) 654-4031<br>E-mail: dprimack@mdmc-law.com |
| | -and- |
| | James J. Swartz, Jr. (*pro hac* motion to be filed)<br>Andrew M. McKinley (*pro hac* motion to be filed)<br>**SEYFARTH SHAW LLP**<br>1075 Peachtree Street NE, Suite 2500<br>Atlanta, GA 30309-3958<br>Telephone: (404) 885-1500<br>E-mail: jswartz@seyfarth.com<br>         amckinley@seyfarth.com |
| | *Counsel to Defendant* |